UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

GOGA TALABADZE,                          :

    Petitioner                    :   CIVIL ACTION NO. 3:26-900

    v.                            :     (JUDGE MANNION)

CRAIG LOWE, *et al.*,                    :

    Respondents                   :

## O R D E R

NOW, THEREFORE, upon consideration of Petitioner Goga Talabadze's ("Talabadze") petition for a writ of habeas corpus under 28 U.S.C. §2241, (Doc. 1), and Talabadze having recently remitted the filing fee, accordingly, **IT IS HEREBY ORDERED THAT**:

1. Talabadze's petition for a writ of habeas corpus under 28 U.S.C. §2241, (Doc. 1), is **DEEMED FILED**.

2. Counsel for Talabadze is directed to **SERVE** a copy of his Section 2241 petition, (Doc. 1), and this Order on Respondents and the United States Attorney.

3. Respondents shall **SHOW CAUSE** within **twenty-one (21) days** of the date of this Order why the Court should not grant Talabadze's request for habeas corpus relief.

4. Talabadze shall, if he so desires, file a reply to Respondents' response to this Show Cause Order within **fourteen (14) days** of the filing of the response.

5.    A determination as to whether Talabadze shall be produced for a hearing will be held in abeyance pending the filing of a response.

_____
**MALACHY E. MANNION**
**United States District Judge**

**DATE:** 4/9/26

26-900-01