UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

GOGA TALABADZE,                          :

      Petitioner             :       CIVIL ACTION NO. 3:26-900

v.                                       :           (JUDGE MANNION)

CRAIG LOWE, *et al.*,                    :

      Respondents            :

## O R D E R

Presently before the court is petitioner Goga Talabadze's petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241. (Doc. 1). For the reasons stated in the court's memorandum filed this same day, **IT IS HEREBY ORDERED** that the petition is **GRANTED IN PART**. Respondents are **ORDERED** to **immediately release** Talabadze and are permanently **ENJOINED** from re-detaining him under 8 U.S.C. §1225(b). Respondents are **DIRECTED** to file a declaration or affidavit pursuant to 28 U.S.C. §1746 confirming that Talabadze has been released from custody. Respondents are also temporarily **ENJOINED** from re-arresting Talabadze for a period of 14 days to ensure that this habeas remedy is effective.

If Respondents later detain Talabadze under 8 U.S.C. §1226, they will be required to provide him with notice and, within 10 days of his detention, a bond hearing before an immigration judge, who shall provide an

- 2 -

individualized assessment as to whether he poses a flight risk or a danger to the community. If Talabade is re-detained under §1226 and Respondents fail to schedule a timely bond hearing, he will be permitted to reopen this matter.

Finally, Talabadze's petition is **DISMISSED IN PART** for lack of jurisdiction with respect to claim three, which is brought under the APA.

MALACHY E. MANNION
United States District Judge

DATE: 5/1/26

26-900-01-ORDER

- 2 -